AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2015 NOV 23  AM 8: 38
DEPUTY CLERK _____

| United States of America | ) | |
|---|---|---|
| v. | ) | |
|  | ) | Case No. |
| Roland Panon        (01) | ) | 2:15-MJ-68 |
| Jonathan Jose Ledesma  (02) | ) | |
| Rodney Dewayne Richardson  (03) | ) | |
|  | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __November 21, 2015__ in the county of __Potter__ in the __Northern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii) and 846. | Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams or More of Methamphetamine. |

This criminal complaint is based on these facts:

see attached affidavit in support of complaint.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Billy Melton, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/21/15

City and state: Amarillo, TX

_____
*Judge's signature*

Clinton E. Averitte, U.S. Magistrate Judge
*Printed name and title*

2:15-MJ-68

## AFFIDAVIT IN SUPPORT OF COMPLAINT

On November, 19, 2015, at approximately 8:30 a.m., New Mexico State Police (NMSP) Trooper Ruben Aguirre conducted a traffic stop of a Silver 1998 BMW with Nevada plate 48B717, on Interstate 40, at mile marker 135, west of Albuquerque, New Mexico, due to the license plate frame covering the registration sticker, a violation to the New Mexico Transportation Code. Trooper Aguirre identified the driver of the BMW as Roland PANON (PANON) and the passenger as Jonathan Jose LEDESMA (LEDESMA).

Trooper Aguirre noticed that PANON was extremely nervous and was evasive in his answers when asked about the particulars of his travel, which included changing his story a number of times. After running records checks, Trooper Aguirre issued a written warning to PANON for not being able to read the registration sticker, returned PANON's driver's license to him, and then asked if he was transporting any illegal narcotics, large amounts of cash and/or weapons. Trooper Aguirre then specifically asked PANON if he was transporting methamphetamine. Following this question, Trooper Aguirre noticed a distinct change in PANON's demeanor as becoming increasingly more nervous. Trooper Aguirre asked for permission to search PANON's vehicle. PANON signed the consent to search form.

During a search of the vehicle, Trooper Aguirre discovered a small baggie in the front driver door, and black bag in the trunk, containing eight (8) large bundles in food saver bags of a crystalline substance; which Trooper Aguirre believed to contain methamphetamine. The substance field tested positive for methamphetamine and weighed approximately 3.828 kilograms. Additionally, a metal box was discovered in the trunk and contained two loaded handguns. Records checks revealed the .45 caliber Sig Sauer pistol and the 9 mm Glock pistol were reported to be stolen.

Trooper Aguirre arrested PANON and LEDESMA and transported them and the suspected narcotics and weapons back to the NMSP office in Albuquerque, New Mexico.

PANON was advised of his Miranda rights. PANON acknowledged that he understood these rights and agreed to waive his rights and answer questions. PANON admitted to law enforcement officers that he was being paid to transport the drugs to Hot Springs, Arkansas, and he was to receive $10,000.00 for delivering the methamphetamine to a guy he knew only as "Boss Man," later identified as Rodney RICHARDSON (RICHARDSON). PANON said that LEDESMA was aware that drugs

1

were in the vehicle and he was going to pay LEDESMA an unspecified amount of money for going with him on the trip. PANON made consensually monitored phone calls to RICHARDSON. PANON told RICHARDSON he needed to repair his alternator and would be in Amarillo, Texas. RICHARDSON said he would be waiting for him all night.

LEDESMA was advised of his Miranda rights. LEDESMA acknowledged that he understood these rights and agreed to waive his rights and answer questions. LEDESMA told law enforcement officers that he was a friend of PANON and they would smoke drugs together. LEDESMA initially denied knowledge of the drugs in the vehicle, but later informed HSI agents that he knew drugs were in the vehicle and assumed it was methamphetamine because that is what PANON usually deals with. LEDESMA also stated that PANON has made multiple deliveries to RICHARDSON.

Members of the Border Enforcement Security Taskforce (BEST) in Albuquerque, New Mexico, delivered the vehicle, methamphetamine, weapons, and defendants to Amarillo, Texas, in an Air Force C-130 Cargo Plane on November 20, 2015.

PANON called RICHARDSON and RICHARDSON agreed to travel to Amarillo. RICHARDSON asked PANON for the address and room number for the hotel room and instructed PANON to wait for him in his room. RICHARDSON arrived at the hotel at approximately 9:00 p.m. and parked behind the BMW and waited for PANON. RICHARDSON waited a few minutes, and then went to the Hampton Inn behind the hotel to look for a room. RICHARDSON was taken into custody by Amarillo Police Department Officers and taken to the Police Department for an interview. RICHARDSON was found to be in possession of four (4) bundles of cash sealed in food saver vacuum bags.

//////

//////

//////

//////

RICHARDSON was advised of his Miranda rights. RICHARDSON acknowledged that he understood these rights and agreed to waive his rights and answer questions. RICHARDSON told agents that he was going to meet PANON and give him a "bunch of money" for illegal gambling. RICHARDSON told agents that he had about $35,000.00 to $40,000.00 to give to PANON. RICHARDSON told agents that he met PANON five to six months earlier in Las Vegas through a guy known to his as "Edwin." RICHARDSON would by heroin, and various pills from "Edwin" and have a guy that works for him take the drugs to Memphis on the bus. RICHARDSON told agents that PANON and his brother had a lot of heroin, pills, and methamphetamine for him to look at. RICHARDSON stated he was going to take possession of the drugs and have some men sell the drugs in Mississippi for him.

_____
Billy Melton
Special Agent-HSI

Sworn to before me, and subscribed in my presence

__November 21, 2015__ at __Amarillo, Texas__
Date                          City and State

Clinton E. Averitte U.S. Magistrate Judge        _____
Name and Title of Judicial Officer                Signature of Judicial Officer

_____
Joshua Frausto
Assistant U.S. Attorney

3